IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG MULHOLLAND,<br><br>    Petitioner,<br><br>  v.<br><br>PAUL THOMPSON.,<br><br>    Respondent. | No. 2:21-CV-1364-KJM-DMC-P<br><br>ORDER |

    Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. On August 25, 2021, the Court directed Respondent to file a response to Petitioner's petition within 60 days. See ECF No. 5. To date, Respondent has not filed a response to the petition. Respondent shall show cause in writing within 15 days of the date of this order why sanctions should not be imposed for failure to comply with the Court's August 25, 2021, order. See Local Rule 110.

    IT IS SO ORDERED.

Dated: January 31, 2022

                       _____
                        DENNIS M. COTA
                        UNITED STATES MAGISTRATE JUDGE