PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG MULHOLLAND,<br><br>     Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>     Respondent. | CASE NO. 2:21-CV-01364-KJM-DMC (HC)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On February 14, 2022, Respondent requested a 9-day extension of time to file its response to Petitioner's 28 U.S.C. § 2241 petition.

IT IS HEREBY ORDERED, that Respondent's request to have additional time until February 23, 2022, to file its response or motion to dismiss, is granted.  The order to show cause issued on February 14, 2022, is discharged.

Dated:  February 16, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1