IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG MULHOLLAND,<br><br>        Petitioner,<br><br>    v.<br><br>PAUL THOMPSON.,<br><br>        Respondent. | No. 2:21-CV-1364-DJC-DMC-P<br><br>ORDER |

      Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On March 30, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Petitioner filed timely objections to the findings and recommendations. In addition, Petitioner filed "supplemental" objections (ECF No. 31). While these objections were not timely, in the interests of justice the Court has considered them.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 30, 2023, are adopted in full;

2. Respondent's motion to dismiss, ECF No. 10, is GRANTED;

3. All other pending motions, ECF Nos. 17 and 22, are also DENIED as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **September 4, 2023**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE